**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

TRANSPORTATION ALLIANCE BANK
INC.,

        Plaintiff,

v.                                                                        Case No: 6:16-cv-1773-Orl-40DCI

TRAX AIR, LLC, BRYAN L. BREWER,
BRYAN L. BREWER, KATHERINE A.
BREWER and THE BRYAN L.
BREWER REVOCABLE TRUST,

        Defendants.
_____/

## ORDER

This cause is before the Court on Plaintiff's Motion to Establish Amount of Attorneys' Fees, Costs, and Expenses Due to Transportation Alliance Bank, Inc. D/B/A TAB Bank (Doc. 60) filed on June 29, 2018. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.    The Report and Recommendation filed September 10, 2018 (Doc. 62), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    The Motion to Establish Amount of Attorneys' Fees, Costs, and Expenses Due to Transportation Alliance Bank, Inc. D/B/A TAB Bank (Doc. 60) is **GRANTED IN PART AND DENIED IN PART**.

3. The Motion (Doc. 60) is **GRANTED in part** to the extent that the Court awards Plaintiff a total of **$76,522.51** in attorneys' fees and **$523.00** in costs against Defendants.

4. The Motion (Doc. 60) is otherwise **DENIED**.

**DONE AND ORDERED** in Orlando, Florida on September 28, 2018.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties